# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00032-CV

**Steven Anderson, Appellant**

**v.**

**Merry Fiske Anderson, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-15-004654, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Steven Anderson has notified this Court that he has filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, case number 16-10676). *See* Tex. R. App. P. 8.1. Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event allowing the appeal to proceed. *See* Tex. R. App. P. 8.3. Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Before Justices Puryear, Pemberton, and Field

Bankruptcy

Filed:   July 22, 2016